JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL DIAZ ROBLES,<br><br>    Petitioner,<br><br>    v.<br><br>FRANK S. CHAVEZ, Warden,<br><br>    Respondent. | No. ED CV 14-01832-PA (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: June 16, 2015

                                              PERCY ANDERSON<br>
                                              United States District Judge