FILED
CLERK, U.S. DISTRICT COURT

August 6, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIAZ ROBLES,<br><br>    Petitioner,<br><br>    v.<br><br>FRANK S. CHAVEZ, Warden,<br><br>    Respondent. | No. ED CV 14-1832 PA (DFM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. §636, the Court has reviewed the petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further the Court has engaged in a de novo review of those portions of the original Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: August 4, 2015

                                                   Percy Anderson
                                    UNITED STATES DISTRICT JUDGE