JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 6, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: TS  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| DANIEL DIAZ ROBLES, | No. ED CV 14-01832-PA (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| FRANK S. CHAVEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: August 4, 2015

_____
PERCY ANDERSON
United States District Judge